# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-588
Lower Tribunal No. 17-15146

————————

## K.R., the Mother,
Appellant,

vs.

## Department of Children and Families, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michelle Alvarez Barakat, Judge.

Thomas Butler, P.A., and Thomas J. Butler, for appellant.

Kelley Schaeffer (Bradenton), for appellee Department of Children and Families; Thomasina F. Moore, Statewide Director of Appeals, and Laura J. Lee, Senior Attorney, Appellate Division (Tallahassee), for appellee Guardian ad Litem.

Before LOGUE, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.